UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-60209-DAMIAN/VALLE**

Case No. _____

18 U.S.C. § 1349
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

IRENE DANA MATTHEWS,

      Defendant.

_____/

FILED BY _____ **BM** _____ D.C.

**Sep 4, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

**Requirements to Become a Registered Nurse or Licensed Practical Nurse**

1.    State Boards of Nursing were established to protect the public's health by overseeing and assuring the safe practice of nursing. Boards of Nursing achieved this mission by establishing the standards for safe nursing care and issuing licenses authorizing the practice of nursing.  Once a license was issued, the Boards of Nursing held licensees to provisions defined in state laws and, when necessary, acted against the licenses of those nurses who have exhibited unsafe nursing practice.

2.    The purpose of a professional license was to protect the public from harm by setting minimal qualifications and competencies for safe entry-level practitioners.  Nursing was regulated because it is one of the health professions that poses a risk of harm to the public if practiced by someone who is unprepared and/or incompetent.

3.    Typical components of licensure to be a Registered Nurse ("RN") or a Licensed Practical Nurse ("LPN") included, among other things, verification of graduation from an approved pre-licensure nursing program, verification of successful completion of the National Council Licensure Examination ("NCLEX"), a criminal background check, and in some states—including New York—continuing education credits.

4.    Once a nursing license was obtained in one jurisdiction, various state reciprocity agreements simplified the process to obtain a license and practice in another state.

**Defendant and Related Entities**

5.    Agape Academy of Sciences, LLC ("Agape Academy") was a company incorporated on or about May 16, 2016, under the laws of the State of Florida, with its principal address at 3415 S. Federal Hwy. Suite 2, Delray Beach, Florida.

6.    Agape University, LLC ("Agape University") was a company incorporated on or about June 19, 2017, under the laws of the State of Florida, with its principal address located at 1600 S. Federal Hwy. Suite 370, Pompano Beach, Florida.

7.    Defendant **IRENE DANA MATTHEWS**, a resident of Palm Beach County, Florida, was the Registered Agent and/or Manager of Agape Academy and Agape University (together, the "Agape Entities").

**COUNT 1**
**Conspiracy to Commit Wire Fraud**
**(18 U.S.C. § 1349)**

1.    The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.    From in or around June 2021, through in or around May 2024, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

## IRENE DANA MATTHEWS,

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit wire fraud, that is, to knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### Purpose of the Conspiracy

2.      It was the purpose of the conspiracy for the defendant and her co-conspirators to unlawfully enrich themselves by, among other things, selling fraudulent nursing diplomas, educational transcripts, and other credentials, and assisting the purchasers in fraudulently obtaining licensure and employment in the healthcare field.

### Manner and Means of the Conspiracy

The manner and means by which the defendant and her co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

3.      **IRENE DANA MATTHEWS** and others sold false and fraudulent diplomas, transcripts, and other fraudulent documents (collectively, "fraudulent documents") which falsely represented that the purchasers of the fraudulent documents had completed the necessary courses and/or clinical training of the Agape Entities needed to obtain nursing degrees, when in fact the purchasers had never completed the necessary courses and/or clinical training.

4.      **IRENE DANA MATTHEWS** and others caused the purchasers of the fraudulent documents to make electronic payments and to transmit identifying documents supporting their licensing applications via interstate wire communications.

5.      Using the fraudulent documents, **IRENE DANA MATTHEWS** and others assisted the co-conspirators who purchased the fraudulent documents in obtaining fraudulent nursing licenses from state licensing agencies.

6.      Co-conspirators used the fraudulent documents to fraudulently obtain employment and benefits at various unwitting health care providers throughout the country.  Those health care providers hired and paid salaries, wages, and other benefits to the employees based on their fraudulent nursing credentials.

7.      **IRENE DANA MATTHEWS** and others used the proceeds of the fraud for their personal use and benefit, and to further the conspiracy.

All in violation of Title 18, United States Code, Section 1349.

## <u>FORFEITURE</u>
### (18 U.S.C. § 981(a)(1)(C))

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **IRENE DANA MATTHEWS**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1349, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set

forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code,

Section 2461(c).

A TRUE BILL

███████████████████████████

GRAND JURY FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: __25-CR-60209-DAMIAN/VALLE__

v.

**CERTIFICATE OF TRIAL ATTORNEY**

IRENE DANA MATTHEWS,

_____ /
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☑ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect: _____

4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☑ 0 to  5 days         ☐ Petty
   II   ☐ 6 to 10 days         ☐ Minor
   III  ☐ 11 to 20 days        ☐ Misdemeanor
   IV   ☐ 21 to 60 days        ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____
7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No____
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____
CHRISTOPHER J. CLARK
Assistant United States Attorney
FL Bar No.          588040

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: IRENE DANA MATTHEWS

**Case No**: _____

Count #1:

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment:** Twenty (20) Years imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three (3) Years
* **Max. *Fine*:** $250,000 or twice the gross gain or gross loss for the offense

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**